IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00653-REB-CBS

SONYA COLLINS,

    Plaintiff,

v.

AMERICAN GENERAL LIFE INSURANCE COMPANY,

    Defendant.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint (Filed June 30, 2006, *docket no. 11*) is **GRANTED.**

The First Amended Complaint and Jury Demand tendered to the Court June 30, 2006 is **ACCEPTED** for filing and deemed filed as of the date of this order.

**DATED:**    July 6, 2006