IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00653-REB-CBS

SONYA COLLINS,

    Plaintiff,

v.

AMERICAN GENERAL LIFE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Stipulated Motion to Amend Scheduling Order Deadlines for the Disclosure of Expert Witnesses (*doc. no. 22)* is **GRANTED**.

    The deadline for parties to submit Rule 26(a)(2) AFFIRMATIVE expert disclosures is extended to on or before **September 15, 2006**. The deadline for parties to submit Rule 26(a)(2) REBUTTAL expert disclosures is extended to on or before **October 16, 2006**. *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    August 29, 2006