# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-00653-REB-CBS

SONYA COLLINS,

    Plaintiff,

v.

AMERICAN GENERAL LIFE INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER[1]

---

    Defendant American General's Motion to Strike Plaintiff's Endorsement of Expert Witness, or in the Alternative, for Extension of Time to Designate Rebuttal Expert [#31], filed October 16, 2006, is DENIED for failure to conform with this court's **Trial Preparation Conference Order** [#9], entered June 6, 2006, which governs and describes that manner for marshaling Rule 702 motions.

    IT IS FURTHER ORDERED that the portion of the motion requesting an extension of time to designate a rebuttal expert, said request is DENIED as unripe.

Dated: October 18, 2006

-------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.