## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 06-cv-00653-REB-CBS

SONYA COLLINS,

    Plaintiff,

v.

AMERICAN GENERAL LIFE INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER[1]

---

    Defendant American General's Amended Motion to Strike Plaintiff's Endorsement of Expert Witness, or in the Alternative, for Extension of Time to Designate Rebuttal Expert [#34], filed October 18, 2006, is DENIED for failure to conform with this court's **Trial Preparation Conference Order** [#9], entered June 6, 2006, specifically 1.c.3.b.

    IT IS FURTHER ORDERED that the portion of the motion requesting an extension of time to designate a rebuttal expert, said request is DENIED as it is not ripe for a ruling.

Dated:  October 19, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.