**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00653-REB-CBS

SONYA COLLINS,

    Plaintiff,

v.

AMERICAN GENERAL LIFE INSURANCE COMPANY,

    Defendant.

---

**MINUTE ORDER**[1]

---

    Defendant American General Life Insurance Company's Stipulated Motion to Withdraw Motion to Strike and to Amend the Scheduling Order [#39], filed October 24, 2006, is GRANTED in part.  The motion to withdraw the Second Amended Motion to Strike Plaintiff's Endorsement of Expert Witness, or in the Alternative, for Extension of Time to Designate Rebuttal Expert [#37], filed October 19, 2006, is WITHDRAWN.  The request to amend the scheduling order is referred to Magistrate Judge Shaffer or resolution.

Dated:  October 25, 2006
-------------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.