# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00653-REB-CBS

SONYA COLLINS,

    Plaintiff,

v.

AMERICAN GENERAL LIFE INSURANCE COMPANY,

    Defendant.

_____

# ORDER GRANTING STIPULATED MOTION TO AMEND THE SCHEDULING ORDER
_____

THIS MATTER comes before the Court upon the parties' stipulated motion to amend the Scheduling Order (doc. no. 39).

THE COURT, having reviewed the stipulated motion and being otherwise sufficiently advised in the premises, HEREBY ORDERS:

    A.    American General may disclose on or before **November 15, 2006**, an expert witness to rebut the expert opinions of Plaintiff's expert witness.

    B.    The parties shall complete all discovery by **November 15, 2006**, with the exception of expert depositions.  The Parties shall have up to and including **May 1, 2007** to depose each other's expert witnesses.

DATED this 1st day of November, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge